UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 APR 27 P 4: 08

CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY____

| | |
|---|---|
| RONALD VICTOR SEVILLA, | No. 05-15657 |
| Plaintiff - Appellant, | D.C. No. CV-01-6164-OWW |
| v. | |
| DERRAL ADAMS, | **ORDER** |
| Defendant, | |
| and | |
| SNOW, | |
| Defendant - Appellee. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _SUBSTANTIAL EVIDENCE SHOWS_
_UNEXHAUSTED CLAIMS._

_____
Judge
United States District Court

Date: __4-27-05__